IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : : : : : : : : : : : : : : : : : : | Criminal No.  <br><br>VIOLATION:  <br><br>26 U.S.C. § 7201  <br>(Tax Evasion)  <br><br>18 U.S.C. § 1343  <br>(Wire Fraud)  <br><br>FORFEITURE:  <br>18 U.S.C. § 981(a)(1)(C)  <br>21 U.S.C. § 853(p)  <br>28 U.S.C. § 2461(c) |
| v. |  |  |
| **GHOLAM "TONY" KOWKABI,** |  |  |
| Defendant. |  |  |

# INFORMATION

The United States of America charges that:

## COUNT ONE

1. From in or about August 2018, through in or about October 2021, in the District of Columbia and elsewhere, the defendant, GHOLAM "TONY" KOWKABI, resident of Virginia, willfully attempted to evade and defeat the payment of tax due and owing including federal income taxes, federal employment taxes, the shared responsibility payment, and Trust Fund Recovery Penalties assessed against him and due to the United States of America, for the calendar years 1998-2018, by committing the following affirmative acts, among others:

(a) On or about October 8, 2021, causing the purchase of a condo in Ocean City, Maryland for $503,809.53 in the name of a nominee entity;

(b) On or about August 22, 2020, transferring $132,500 into a joint venture held in a nominee;

(c) On or about September 13, 2021, transferring $125,000 into a joint venture held in the nominee;

(d) Issuing and causing to be issued payments to third parties for personal expenses from bank accounts he controlled which were held under the names of businesses;

(e) Causing the creation of false entries in books and records of Rotini, Inc. and TK Restaurant Management, Inc. to obscure payment of personal expenses by the business bank accounts;

(f) Issuing and causing to be issued payments to family members for no business purpose;

(g) Writing checks to "cash," signing a family member's name on the back of the checks, depositing those checks into a family member's bank account, and deducting the deposits as business expenses.

All in violation of Title 26, United States Code, Section 7201.

## COUNT TWO

1. From in or about May 2020 and continuing up to at least September 2022, in the District of Columbia and elsewhere, **GHOLAM "TONY" KOWKABI,** Defendant herein, did knowingly devise and intend to devise a scheme and artifice to defraud and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises, with the intent to defraud and with knowledge of the scheme's fraudulent nature.

2. It was part of the scheme and artifice to defraud that the Defendant fraudulently and falsely promised that the PPP, EIDL, and RRF proceeds would be used by GHOLAM KOWKABI only for business-related and eligible purposes as specified in the applications.

3. It was further part of the scheme and artifice to defraud that the Defendant would and did use the PPP funds, EIDL funds, and RRF funds for unauthorized purposes and for his own personal enrichment, including the purchase of a waterfront condo in Ocean City, Maryland for $503,809.53 and two joint venture investments for the construction of two homes in Great Falls, Virginia, totaling more than $230,000.

4. It was further part of the scheme and artifice to defraud that the Defendant would and did misrepresent, hide, and conceal the purpose of acts performed in furtherance of the scheme to defraud by placing the ownership of the assets in the name of nominees.

5. On or about October 8, 2021, in the District of Columbia and elsewhere, the Defendant, for the purpose of executing and attempting to execute the scheme to defraud, transmitted and caused to be transmitted by means of wire communication in interstate commerce, the following writings, signs, signals, pictures, and sounds: a wire in the amount of $483,809.53, consisting of PPP loan proceeds and RRF proceeds, for the purpose of purchasing the Ocean City, MD waterfront condo in the name of a nominee entity.

All in violation of Title 18, United States Code, Section 1343.

## FORFEITURE ALLEGATION

1. Upon conviction of any of the offenses listed in Count Two of this Information, the defendant shall forfeit to the United States any property, real or personal, which constitutes or is derived from proceeds traceable to these offenses, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

2. The United States will also seek the forfeiture of the following specific property:

   a. 203 S. Heron Drive Unit 304, Ocean City, MD 21842, which is owned in the name of ERAMCY LLC;

   b. Interest in the 702 Walker Road Joint Venture held in the name of Erika Kowkabi; and

   c. Interest in the 321 Walker Road Lot #2 Joint Venture held in the name of Erika Kowkabi.

   d. A MONEY JUDGMENT against the defendant in the amount of the value of any property, real or personal, constituting or derived from proceeds traceable to the Wire Fraud Scheme to defraud not available for forfeiture as a result of

any act or omission of the defendant for one or more of the reasons listed in 21 U.S.C. § 835(p).

## SUBSTITUTE ASSETS

3. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property that cannot be divided without difficulty;

the defendant shall forfeit to the United States any other property of the defendant, up to the value of the property described above, pursuant to Title 21, United States Code, Section 853(p).

**(Criminal Forfeiture,** pursuant to Title 18, United States Code, Section 981(a)(1)(C), Title 28, United Sates Code, Section 2461(c), and Title 21, United States Code, Section 853(p)).

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By: *Leslie A. Goemaat*
LESLIE A. GOEMAAT
MA Bar 676695
Assistant United States Attorney
Fraud Section
U.S. Attorney's Office
601 D St., N.W., 5th Floor
Washington, D.C. 20530
(202) 803-1608
Leslie.Goemaat@usdoj.gov

4

SARAH C. RANNEY
Trial Attorney
NY Bar No. 5050919
150 M Street NE, Rm. 1.104
Washington, DC 20002
Office: (202) 515-5616
Sarah.C.Ranney@usdoj.gov